USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :    [~~Proposed~~]
                                 :    ORDER OF RESTITUTION
        - v. -                   :
                                 :    18 Cr. 640 (RA)
RONNIE DE LEON,                  :
RAYNIEL ROBLES,                  :
RONNY REYES,                     :
    a/k/a "Edwin Hernandez,"     :
and                              :
CESAR SANTANA,                   :
                                 :
                    Defendants.  :
                                 x
- - - - - - - - - - - - - - - -

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Michael D. Neff and Brett M. Kalikow, Assistant United States Attorneys, of counsel; the Presentence Reports; the convictions of RONNIE DE LEON, RAYNIEL ROBLES, RONNY REYES, a/k/a "Edwin Hernandez," and CESAR SANTANA, the defendants, each on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.**

    a. RONNIE DE LEON, the defendant, shall pay restitution in the total amount of **$483,187**;

    b. RAYNIEL ROBLES, the defendant, shall pay restitution in the total amount of **$91,786**;

c. RONNY REYES, a/k/a "Edwin Hernandez," the defendant, shall pay restitution in the total amount of **$132,805**; and

d. CESAR SANTANA, the defendant, shall pay restitution in the total amount of **$108,092**;

to be paid to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Scope of Liability.** Each defendant's liability for restitution shall continue unabated until the full amount of restitution ordered herein has been paid.

**3. Joint and Several Liability:** The defendants' restitution obligations are joint and several as to only the following:

a. **$734,969** due to Company-1; and

b. **$208,200** due to Company-2.

c. Specifically:

i. RONNIE DE LEON, the defendant, is jointly and severally liable with the co-defendants in this case (both those named in this Order and others to be named later) for $471,119 of the amount listed in ¶ 3(a), and $12,068 of the amount listed in ¶ 3(b);

2

ii. RAYNIEL ROBLES, the defendant, is jointly and severally liable with the co-defendants in this case (both those named in this Order and others to be named later) for $74,513 of the amount listed in ¶ 3(a), and $17,273 of the amount listed in ¶ 3(b);

iii. RONNY REYES, a/k/a "Edwin Hernandez," the defendant, is jointly and severally liable with the co-defendants in this case (both those named in this Order and others to be named later) for $25,264 of the amount listed in ¶ 3(a), and $107,541 of the amount listed in ¶ 3(b); and

iv. CESAR SANTANA, the defendant, is jointly and severally liable with the co-defendants in this case (both those named in this Order and others to be named later) for $52,053 of the amount listed in ¶ 3(a), and $56,039 of the amount listed in ¶ 3(b).

Dated: New York, New York
_____, 2020

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK