UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-3-20
```

UNITED STATES OF AMERICA,

v.

RONNIE DE LEON,

Defendant.

No. 18-cr-640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has just received the attached letter from Defendant Ronnie De Leon, which it construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19.  In his letter, however, Mr. De Leon states that his release date "is July 19, 2020," and according the BOP website, Mr. De Leon was in fact released on July 17, 2020.  Accordingly, Mr. De Leon's request for compassionate release is hereby denied as moot.

The Clerk of Court is directed to mail a copy of this Order to Mr. De Leon.

SO ORDERED.

Dated:     August 3, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge

Ronnie C. Deleon
77762-061
Docket number 18 CR 640-04
New York, South District
(RA)

The honorable Judge Abrams,

This letter is in regards to see if I can be sent home before my release date. I didn't know you had the power to make that decision or I would've sent it earlier this year. Due to this epidemic of this Corona virus I honestly don't feel safe at this camp in Ashland Kentucky. There's no social distancing, there's about 65 of us in each unit. I meet all criteria to be sent home but they say due to me being a low Risk Recidivism I can't go home. In other camps they are send low Risk home before there due date to finish there sentencing in home confinement. My probation officer already excepted my case. She has visited my house where I will be doing 5 months of home confinement after my release which is part of my sentencing you gave me. As you know I've had multiple jobs and was working befor my surrender date. I have a job waiting for me right now. I know my Release date is July 19, 2020 but this corona virus can effect me any day. Also there is another prison across the street a low security and thers about 1000 inmates and it scares me if it gets in this camp it will spread fast. I've heard of other inmates in other cities being sent home with similar charges like mine. My understanding that the stragety is to lower population in these camps especially me with such short time left I consider myself a candidate to be sent home early. I honestly honestly thought I would've been with my kids and family by now due to this epidemic. I would really appreciate if you can refer me to go home or make the decision so I can start getting my life back and take care of my two kids. I appreciate your time, thank you for your consideration.

- Ronnie C De Leon #77762-061-